UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN DALE DICKINSON,<br><br>Plaintiff(s),<br>v.<br><br>KDP, et al.,<br><br>Defendant(s). | CASE NO. C26-1995-KKE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff Alan Dale Dickinson has notified the Court of his intent to dismiss this action. *See* Dkt. Nos. 85, 86, 88, 89. Accordingly, this matter is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(2), and the clerk is directed to administratively close this case.

Dated this 29th day of September, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge